1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11    FRANCISCO VILLASENOR,         )    No. C 11-3662 LHK (PR)
                                           )
12            Plaintiff,          )    ORDER OF DISMISSAL
                                           )
13      vs.                                )
                                           )
14    MATTHEW CATE,              )
                                           )
15            Defendant.        )
                                           )
16

17
       Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983

18 against Defendant Matthew Cate, alleging that he was deliberately indifferent to Plaintiff's

serious medical needs.  On February 1, 2012, Defendant filed a motion to dismiss for failure to

19 exhaust.  Although given an opportunity, Plaintiff did not file an opposition.  On May 11, 2012,

20 the Court granted Defendant's motion to dismiss, concluding that Plaintiff failed to exhaust his

21 administrative remedies prior to filing his federal lawsuit.  On June 7, 2012, Plaintiff filed a

22 motion for reconsideration, alleging that he had been housed in administrative segregation from

23 December 22, 2011 through May 24, 2012, and, during that time, had no contact with his

24 property and no ability to contact this Court.

25        On June 27, 2012, the Court granted Plaintiff's motion for reconsideration, vacated the

26 judgment, and re-opened this case.  The Court ordered Plaintiff to file an opposition to the

27 motion to dismiss within twenty-eight days.  More than twenty-eight days have now passed, and

28

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.11\Villasenor662dis.wpd

1   Plaintiff has failed to file an opposition, or otherwise communicate with the Court.

2        Accordingly, for the reasons stated in its May 11, 2012 order granting Defendant's

3   motion to dismiss, the Court DISMISSES this action.  Judgment shall be entered in favor of

4   Defendant.

5        IT IS SO ORDERED.

6   DATED:  Cwi wuv'34.'4234

7                                                                    LUCY H. KOH
                                                                     United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.11\Villasenor662dis.wpd