UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VILLASENOR,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | Case No. 11-cv-03662-WHO (PR)<br><br>**ORDER OF TRANSFER** |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a pro se state prisoner. Plaintiff Villasenor's complaint was dismissed with leave to amend because, among other reasons, his claims involved separate events at six California prisons. He has since filed a first amended complaint. His revised allegations relate solely to events that occurred at the California Men's Colony in San Luis Obispo, which lies in Central District of California. Accordingly, this federal civil rights action is hereby TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the Central District. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall terminate all pending motions (Docket Nos. 49 and 50), and transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** August 14, 2014

_____
WILLIAM H. ORRICK
United States District Judge