UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO VILLASENOR, | ) | Case No. CV 14-6433-SJO(PJW) |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING |
| | ) | ACTION WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| MATTHEW CATE, ET. AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

  Before the Court is Plaintiff's Third Amended Complaint ("TAC"). (Doc. No. 78.) For the reasons set forth below, the Court *sua sponte* dismisses the action without prejudice.

  Plaintiff initially filed this action in July 2011 in the Northern District of California. (Doc. No. 1.) On August 14, 2014, the case was transferred to the Central District of California. (Doc. No. 55.) Thereafter, Plaintiff filed a First Amended Complaint ("FAC"). (Doc. No. 63.) Upon screening the FAC, the Court concluded that it was deficient and dismissed it without prejudice to file a Second Amended Complaint ("SAC"), addressing those deficiencies. (Doc. No. 64.) Thereafter, Plaintiff filed a SAC. (Doc. No. 67.)

  In response to the SAC, the Court issued an Order: (1) dismissing with prejudice some Defendants on the grounds of *res*

*judicata*; (2) dismissing without prejudice other Defendants for failure to exhaust; and (3) granting Plaintiff leave to file a TAC, raising his First and Fourteenth Amendment claims, provided that they were exhausted and not barred by *res judicata*. (Doc. No. 69, 73.) The Court specifically warned Plaintiff not to simply re-allege his claims about an October 13, 2013 incident involving Defendants Gayfield, White, and Bettencourt because those claims could not have been exhausted before he filed suit in 2011.

Unfortunately, Plaintiff failed to follow the Court's instructions in drafting the TAC and raised *only* those same 2013 claims against Defendants Gayfield, White, and Bettencourt. As the Court previously explained to Plaintiff, exhaustion is a prerequisite to filing a civil rights suit in federal court and he did not exhaust those claims before filing suit in 2013. *Jones v. Bock*, 549 U.S. 199, 211 (2007) (explaining exhaustion is mandatory prerequisite to filing a civil rights suit in federal court). For these reasons, the case is dismissed without prejudice. Plaintiff may bring a new case if he chooses raising these claims, provided that he exhausts his administrative remedies before doing so.

IT IS SO ORDERED.

DATED: February 10, 2016

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE