JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO VILLASENOR, | ) | CASE NO. CV 14-6433-SJO (PJW) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW CATE, ET. AL. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order filed this day,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: February 10, 2016.

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Users\vcruz\AppData\Local\Temp\notesC7A056\~6853144.wpd